UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES SIMPSON, | Case No. CV 14-4763-ODW(AJW) |
| Petitioner, | |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | JUDGMENT |
| Respondent. | |

It is hereby adjudged that this action is **dismissed without prejudice.**

Date: October 2, 2014

_____
Otis D. Wright, II
United States District Judge